LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSIKA ALEXUS,** | ) Case No. 3:14-cv-05154-TEH |
| Plaintiff(s) | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| **ASSET ACCEPTANCE.** | ) |
| Defendant. | ) |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

    Respectfully submitted this 6th day of April, 2015.

    By: s/Todd M. Friedman
       TODD M. FRIEDMAN
       Law Offices of Todd M. Friedman, P.C.
       Attorney for Plaintiff

Filed electronically on this 6th day of April, 2015, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Thelton E. Henderson
United States District Court
Northern District of California

Liana Mayilyan
Simmonds & Narita LLP

Jeffrey A. Topor
Simmonds & Narita LLP

This 6th day of April, 2015.

<u>s/Todd M. Friedman</u>
Todd M. Friedman